IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGIO ORTEGA, et al.,<br><br>    Defendants. | No. C 10-05606 CRB<br><br>**ORDER REQUIRING ATTENDANCE OF COUNSEL AND AFFIANTS AT HEARING ON MOTION TO SET ASIDE DEFAULT** |

On August 2, 2011, counsel for Defendants filed a "Notice of Intent to Submit the matter of Defendants' Motion to Set Aside the Default on the Written Briefs." Dkt. 28. Counsel's request not to appear personally at the August 5, 2011 hearing on the Motion to Set Aside Default is DENIED.

Further, the Court Orders the following individuals who prepared affidavits or declarations in this matter to appear before the Court at the August 5, 2011 hearing: Brad Medine, Sergio Ortega, Sandra Oregta, and Socorro Ortega. Counsel for the parties shall notify the foregoing individuals of this Order and make reasonable efforts to secure their attendance at the hearing.

**IT IS SO ORDERED.**

Dated: August 2, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5606\Order requiring attendance of counsel and affiants.wpd