UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISON

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SERGIO ORTEGO, et al., <br><br> Defendants. | Case No. 3:10-cv-05606-CRB <br><br> ORDER (~~Proposed~~) |

**ORDER (~~Proposed~~)**

It is hereby ordered that the upcoming motion hearings regarding Plaintiff's Application for Default Judgment by the Court, Defendants' Motion to Set Aside the Default, and Defendants' Motion to Withdraw as Counsel presently scheduled for Thursday, November 17, 2011 at 10:00 AM in civil action number 3:10-cv-05606-CRB styled *Joe Hand Promotions, Inc. v. Sergio Ortego et al.* are hereby continued to January 13, 2012 at 10:00 a.m.

Plaintiff shall serve a copy of this Order on Defendants, and file a Certificate of Service of Order promptly thereafter.

**IT IS SO ORDERED**:



_____
**THE HONORABLE CHARLES R. BREYER**
**United States District Judge**
**Northern District of California**

Dated: November 15, 2011