UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SERGIO ORTEGA and SOCORRO ORTEGA, individually and d/b/a BROKEN WHEEL COCKTAIL LOUNGE, <br><br> Defendants. <br> JURY TRIAL DEMANDED | Case No.: 3:10-cv-05606-CRB <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

The motion of attorney Matthew A. Paré to withdraw as counsel came on for hearing before this Court on March 2, 2012, the Honorable Charles R. Breyer presiding. Attorney Matthew A. Paré was present, along with defendants Sergio Ortega and Socorro Ortega, as well as plaintiff Joe Hand Promotions, Inc.'s attorney Thomas P. Riley.

After full consideration of the evidence, as well as the arguments of counsel, the Court finds to its satisfaction that there is good cause to grant the motion to withdraw as counsel.

*[proposed] Order*     1

For this reason, and for good cause appearing therefore:

IT IS HEREBY ORDERED THAT the motion of attorney Matthew A. Paré to be relieved as counsel is granted.

IT IS SO ORDERED.

Dated: ___March 6, 2012_____          _____
                                              Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[proposed] Order