IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,     No. C 10-05606 CRB

    Plaintiff,     **ORDER RE MOTIONS**

  v.

SERGIO ORTEGA et al.,

    Defendants.
_____/

For the reasons stated in open court, the Defendants' Motion to Set Aside the Default is DENIED, and the Motion for Default Judgment is GRANTED. The Court will determine the issue of damages and fees after further briefing from the parties.

**IT IS SO ORDERED.**

Dated: March 7, 2012               CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE