IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 10-05606 CRB |
| Plaintiff, | **ORDER RE MOTIONS** |
| v. | |
| SERGIO ORTEGA et al., | |
| Defendants. | |

For the reasons stated in open court, the Defendants' Motion to Set Aside the Default is DENIED, and the Motion for Default Judgment is GRANTED. The Court will determine the issue of damages and fees after further briefing from the parties.

**IT IS SO ORDERED.**

Dated: March 7, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5606\Order re Motions.wpd