Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SERGIO ORTEGA and SOCORRO ORTEGA, individually and d/b/a BROKEN WHEEL COCKTAIL LOUNGE, <br><br> Defendants. | Case No. 3:10-cv-05606-CRB <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES (proposed) |

THIS MATTER having come before the Court on the Notice of Motion and Motion for Costs and Attorneys' Fees filed by Plaintiff herein, and the Court having considered the pleadings and been otherwise advised, hereby ORDERS:

Plaintiff's Motion for Costs and Attorneys' Fees is **GRANTED** and Plaintiff is awarded **$2,826.24** costs and **$6,683.25** in attorneys' fees in addition to any judgment awarded herein.

DATED: July 2, 2012

_____
**The Honorable**
**United States**
**Northern D**

*Judge Charles R. Breyer*

ORDER GRANTING PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES (proposed) - Case 3:10-cv-05606-CRB– Page 1