IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,      No. C 10-05606 CRB

    Plaintiff,     **JUDGMENT**

   v.

SERGIO ORTEGA, ET AL.,

    Defendants.
_____/

    Having granted Plaintiff's motion for default judgment, dkt. 46, the Court hereby enters judgment in favor of Plaintiff and against Defendants in the amount of $11,100 ($5,000 statutory damages under Section 605; $5,000 enhanced damages under Section 605; $1,100 damages for conversion).

    **IT IS SO ORDERED.**

Dated: July 2, 2012            CHARLES R. BREYER
                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5606\Judgment.wpd