IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br>     Plaintiff, <br>   v. <br> SERGIO ORTEGA, ET AL., <br>     Defendants. | No. C 10-05606 CRB <br><br> **JUDGMENT** |

Having granted Plaintiff's motion for default judgment, dkt. 46, the Court hereby enters judgment in favor of Plaintiff and against Defendants in the amount of $11,100 ($5,000 statutory damages under Section 605; $5,000 enhanced damages under Section 605; $1,100 damages for conversion).

**IT IS SO ORDERED.**

Dated: July 2, 2012  
CHARLES R. BREYER  
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5606\Judgment.wpd